UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ODELL LANCE DOUGLAS, | ) | No. CV 13-203 FFM |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| G.J. JANDA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: January 17, 2014

                                      /S/ FREDERICK F. MUMM
                                      FREDERICK F. MUMM
                                      United States Magistrate Judge